# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA DELORES SAUNDERS,** Plaintiff, v. **THE HOME DEPOT, INC.,** Defendant. | 2:20-CV-13337 HON. TERRENCE G. BERG **ORDER GRANTING IN PART MOTION TO STAY PROCEEDINGS (ECF NO. 10) AND MOTION TO EXTEND TIME TO FILE (ECF NO. 13)** |

Plaintiff's counsel has requested both a 90-day stay of all proceedings (ECF No. 10) and an extension of time to file a motion for reconsideration (ECF No. 13). Having considered the reasons outlined in Plaintiff's motions as well as concerns of judicial economy, the Court will **GRANT** a 45-day stay of all proceedings. Plaintiff is directed to file any motion for reconsideration no later than August 13, 2021.

**SO ORDERED.**

Dated: June 30, 2021     s/Terrence G. Berg
                        TERRENCE G. BERG
                        UNITED STATES DISTRICT JUDGE